## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rubin, Elizabeth  A | Case Number:  05 B 33926 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  8/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 13, 2007

Confirmed:  November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,145.75 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 370.18 |
| Administrative: | | 2,609.29 |
| Trustee Fee: | | 166.28 |
| Other Funds: | | 0.00 |
| Totals: | 3,145.75 | 3,145.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,609.29 |
| 2. | Internal Revenue Service | Priority | 370.18 | 370.18 |
| 3. | Amex Assurance | Unsecured | 575.58 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 624.77 | 0.00 |
| 5. | Arthur Stein | Unsecured | | No Claim Filed |
| 6. | Enterprise Leasing | Unsecured | | No Claim Filed |
| 7. | Ashland Dobson | Unsecured | | No Claim Filed |
| 8. | US Cellular | Unsecured | | No Claim Filed |
| 9. | TCF Bank | Unsecured | | No Claim Filed |
| 10. | US Cellular | Unsecured | | No Claim Filed |
| 11. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 12. | Village of Skokie | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,270.53 | $ 2,979.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 57.51 |
| 5% | 19.55 |
| 4.8% | 24.44 |
| 5.4% | 64.78 |
| | _____ |
| | $ 166.28 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rubin, Elizabeth  A

          Printed:  1/29/08

Case Number:  05 B 33926

Judge:  Wedoff, Eugene R

Filed:  8/25/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.


                    Marilyn O. Marshall, Trustee, by: